UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BARBARA G. BROWN, | |
|---|---|
| Plaintiff, | Case No. C-13-3985 JCS |
| v. | |
| CAROLYN W. COLVIN, | **ORDER FOR SERVICE BY MARSHAL** |
| Defendant. | |

Plaintiff filed a Motion to Proceed in Forma Pauperis, which the Court granted. *See* Dkt. No. 6. In that Order, the Court stated that "[i]f, after completing its review, the Court determines that the complaint is not subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2), it will order service of the complaint by the Marshal." The Court has completed its review and finds that the complaint is not subject to dismissal. Accordingly, **the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendants**.

**IT IS SO ORDERED**.

Dated: September 24, 2013

JOSEPH C. SPERO
United States Magistrate Judge