UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA G. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No.  C-13-3985 JCS<br><br>**ORDER FOR SERVICE BY MARSHAL** |

Plaintiff filed a Motion to Proceed in Forma Pauperis, which the Court granted. *See* Dkt. No. 6. In that Order, the Court stated that "[i]f, after completing its review, the Court determines that the complaint is not subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2), it will order service of the complaint by the Marshal." The Court has completed its review and finds that the complaint is not subject to dismissal. Accordingly, **the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendants**.

　　**IT IS SO ORDERED**.

Dated:  September 24, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge