1  MELINDA L. HAAG
   United States Attorney
2  DONNA CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 160
      San Francisco, California 94105
6     Telephone:  (415) 977-8938
      Facsimile:  (415) 744-0134
7     E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                        UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12 BARBARA G. BROWN             )
                                )      CIVIL NO. 3:13-CV-03985-JCS
13         Plaintiff,           )
                                )
14         v.                   )      STIPULATION FOR EXTENSION
                                )
15 CAROLYN W. COLVIN,           )
   Commissioner of              )
16 Social Security,             )
                                )
17         Defendant.           )
   _____)

18

19      The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to

20 file an answer is extended to March 14, 2014.  This extension is necessary because the Commissioner's

21 counsel has just received the transcript in this case and needs a couple of days to review it before

22 drafting and filing the answer.  The parties request this extension in good faith, with no intent to prolong

23 proceedings unduly.  Counsel for Defendant sincerely apologizes for any inconvenience caused by this

24 delay.

25 ///

26 ///

27 ///

28 ///

| | |
|---|---|
| Dated: March 12, 2014 | /s/ *Ann Rubinstein* <br> ANN RUBINSTEIN <br> Attorney for Plaintiff |
| Date: March 12, 2014 | MELINDA L. HAAG <br> United States Attorney |
| | By:  /s/ *Theophous Reagans* <br> THEOPHOUS H. REAGANS <br> Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 3/18/14

Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE