UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA G BROWN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No. 13-cv-03985-JCS<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME**<br><br>**Dkt. No. 25** |

On May 28, 2014, the parties filed a stipulation to extend the time "for Defendant to file an answer" to March 14, 2014.  Dkt. No. 25.  An answer has already been filed in this case.  Dkt. No. 17.  Accordingly, the stipulation is denied.  The deadline for Defendant to file a motion for summary judgment was May 30, 2014.  If the parties seek to extend this deadline, they shall file a separate stipulation.

**IT IS SO ORDERED.**

Dated: June 2, 2014

JOSEPH C. SPERO
United States Magistrate Judge