```
 1  MALINDA HAAG
    United States Attorney
 2  DONNA L. CALVERT
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    THEOPHOUS H. REAGANS, SBN CA 189450
 4  Special Assistant United States Attorney

 5       160 Spear Street, Suite 600
         San Francisco, California 94105
 6       Telephone: (415) 977-8938
         Facsimile: (415) 744-0134
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA G. BROWN, ) | CIVIL NO. 3:13-CV-03985-JCS |
| Plaintiff, ) | |
| ) | STIPULATION FOR REMAND |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, this action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand to the Administrative Law Judge and direct him to further develop the record to determine whether Plaintiff's work as a care-giver was substantial gainful activity and whether Plaintiff retains the residual functional capacity to perform the job of care-giver, pursuant to Social Security Ruling 96-89.

///

///

///

1 | Dated: June 13, 2014

*/s/Ann Rubinstein*
*(As authorized via telephone on June 13, 2014)*
ANN RUBINSTEIN
Attorney for Plaintiff

MALINDA HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

Dated: June 13, 2014          By:   */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:   06/18/14

JOSEPH C. SPERO
United States Magistrate Judge

2