MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 160
    San Francisco, California 94105
    Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**,

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant.<br>_____ | CASE NO. 3;13-CV-03985-JCS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND DOLLARS ($5,000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees, expenses and costs are subject to any

1

Stipulation and Proposed Order Settling Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d)

1  offset allowed under the United States Department of the Treasury's Offset Program.  After the
2  order for EAJA fees, expenses and costs is entered, the government will determine whether they
3  are subject to any offset.

4  Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the
5  Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause
6  the payment of fees, expenses and costs to be made directly to HOMELESS ACTION CENTER,
7  pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to
8  Plaintiff's counsel.

9  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
10 attorney fees, expenses and costs, and does not constitute an admission of liability on the part of
11 Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release
12 from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
13 EAJA attorney fees and expenses and costs in connection with this action.

14 This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
15 Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

18 Dated: July 17, 2014        */s/Ann Rubinstein*
                               ANN RUBINSTEIN
19                             HOMELESS ACTION COMMITTEE
                               Attorney for Plaintiff
20                             [as authorized by telephone]

22 Dated: July 17, 2014        MELINDA L. HAAG
                               United States Attorney
                               DONNA L. CALVERT
23                             Regional Chief Counsel, Region IX
                               Social Security Administration

25                    By:      */s/ Theophous H. Reagans*
                               THEOPHOUS H. REAGANS
26                             Special Assistant U.S. Attorney

27                             Attorneys for Defendant

1
2                                           **ORDER**
3     APPROVED AND SO ORDERED:
4
5
6  DATED: 7/21/14
                                            JOSEPH C. SPERO
7                                           UNITED STATES MAGISTRATE JUDGE

---

3

Stipulation and Proposed Order Settling Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d)